USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-15-10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOY WARREN,

                Plaintiff,

        - against -

EMI GROUP LIMITED, et al.,

                Defendants.

**ORDER**

**10 Civ. 923 (LAK) (RLE)**

**RONALD L. ELLIS, United States Magistrate Judge:**

The Court having held a conference on April 8, 2010,

**IT IS HEREBY ORDERED THAT:**

(1) The Parties **SHALL** appear before the Court for a status conference on **July 13, 2010**, at

**10:00 a.m.**;

(2) The Parties shall follow the discovery schedule as set forth below:

| | |
|---|---|
| **Initial Disclosures** | April 12, 2010 |
| **Joinder of Parties/Amendment of Pleadings** | May 1, 2010 |
| **Disclosure of Plaintiff's Expert and Expert Report** | July 15, 2010 |
| **Disclosure of Defendants' Expert and Expert Report** | August 15, 2010 |
| **Deposition of Plaintiff's Expert** | September 1, 2010 |
| **Deposition of Fact Witnesses** | September 1, 2010 |
| **Deposition of Defendants' Expert** | September 15, 2010 |
| **Discovery Complete** | September 15, 2010 |
| **Joint Pretrial Order** | October 15, 2010 |

**SO ORDERED** this 15th day of April 2010
New York, New York

The Honorable Ronald L. Ellis
United States Magistrate Judge